IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Everett L. Spillard, II,                               Case No. 3:10 CV 2234

              Plaintiff,                 O R D E R

    -vs-                                                    JUDGE JACK ZOUHARY

Jim Dennis, et al.,

              Defendants.

The Court has reviewed the Report and Recommendation ("R&R") of Magistrate Judge Armstrong (Doc. No. 29). Under the relevant statute (28 U.S.C. § 636(b)(1)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

After review, this Court adopts the R&R (Doc. No. 29) in its entirety, Defendants' Motions for Summary Judgment are granted (Doc. Nos. 15, 28), and this case is dismissed.

IT IS SO ORDERED.

                                                                     s/ *Jack Zouhary*
                                                             JACK ZOUHARY
                                                             U. S. DISTRICT JUDGE

                                                             July 6, 2011